1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KASEY F. HOFFMAN,                          No. 2:17-cv-1734-WBS-EFB P

12                   Plaintiff,

13        v.                                     FINDINGS AND RECOMMENDATIONS

14   LASSEN COUNTY, et al.,

15                   Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  On April 23, 2019, the court entered an order directing plaintiff to show cause

19   why this action should not be dismissed.  ECF No. 9.  The court noted that a substantially similar

20   action before a different magistrate judge in this district had been dismissed when plaintiff proved

21   unable to join a necessary party.  *Id.* at 1-2.  In its order, the court directed plaintiff to indicate

22   whether he had a reasonable belief that the party could be joined in this action.  *Id.* at 2.  Plaintiff

23   was afforded fourteen days to respond to the order to show cause.  *Id.*  That deadline has expired

24   and he has not filed a response.  Plaintiff has abandoned this action or conceded that he is unable

25   to join a necessary party.

26   /////

27   /////

28   /////

                                          1

1    Accordingly, it is hereby RECOMMENDED that this action be dismissed.

2    These findings and recommendations are submitted to the United States District Judge

3    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

4    after being served with these findings and recommendations, any party may file written

5    objections with the court and serve a copy on all parties.  Such a document should be captioned

6    "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

7    within the specified time may waive the right to appeal the District Court's order.  *Turner v.*

8    *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

9    DATED:  July 23, 2019.

10

11                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE